UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

In re: INLAND EAST, INC. § Case No. 92-09252-M7-M
§
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

HAROLD S. TAXEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $283,297.50 | Claims Discharged Without Payment: $4,306,025.44 |
| Total Expenses of Administration: $642,294.80 | |

3) Total gross receipts of $ 925,592.30 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $925,592.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---:|---:|---:|---:|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 642,869.22 | 642,869.22 | 642,294.80 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 7,429.26 | 7,429.26 | 4,965.03 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,581,893.68 | 4,581,893.68 | 278,332.47 |
| **TOTAL DISBURSEMENTS** | $0.00 | $5,232,192.16 | $5,232,192.16 | $925,592.30 |

4) This case was originally filed under Chapter 7 on August 04, 1992. The case was pending for 225 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/28/2011            By: /s/HAROLD S. TAXEL
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SALE OF ART WORK | 1229-000 | 575,000.00 |
| SALE OF ARTWORK - THE FOOT SOLDIERS | 1129-000 | 350,000.00 |
| Interest Income | 1270-000 | 592.30 |
| **TOTAL GROSS RECEIPTS** | | **$925,592.30** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PAUL BOLAND TAX COLLECTOR | 2820-000 | N/A | 574.42 | 574.42 | 0.00 |
| ESTES & HOYT, APC | 3210-000 | N/A | 339,334.78 | 339,334.78 | 339,334.78 |
| COOPERS & LYBRAND | 3410-000 | N/A | 20,360.11 | 20,360.11 | 20,360.11 |
| ESTES & HOYT | 3991-000 | N/A | 37,000.00 | 37,000.00 | 37,000.00 |
| ESTES & HOYT | 3991-000 | N/A | 60,500.00 | 60,500.00 | 60,500.00 |
| KEVIN HOYT, ESQ. | 3210-000 | N/A | 75,637.00 | 75,637.00 | 75,637.00 |
| KEVIN HOYT, ESQ. | 3220-000 | N/A | 2,174.01 | 2,174.01 | 2,174.01 |
| GOURLAY SPENCER WADE LLP | 3210-000 | N/A | 51,684.68 | 51,684.68 | 51,684.68 |
| GOURLAY SPENCER WADE LLP | 3220-000 | N/A | 7,314.02 | 7,314.02 | 7,314.02 |
| JPMORGAN CHASE BANK, N.A. | 2810-000 | N/A | -4.71 | -4.71 | -4.71 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 322.83 | 322.83 | 322.83 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 520.04 | 520.04 | 520.04 |
| R. DEAN JOHNSON, CPA | 3410-000 | N/A | 5,572.50 | 5,572.50 | 5,572.50 |
| R. DEAN JOHNSON, CPA | 3420-000 | N/A | 287.78 | 287.78 | 287.78 |
| JPMORGAN CHASE BANK, N.A. | 2810-000 | N/A | 471.00 | 471.00 | 471.00 |
| JPMORGAN CHASE BANK, N.A. | 2810-000 | N/A | -466.29 | -466.29 | -466.29 |
| ESTES & HOYT, A.P.C. | 3210-000 | N/A | 11,662.50 | 11,662.50 | 11,662.50 |
| ESTES & HOYT, A.P.C. | 3220-000 | N/A | 174.55 | 174.55 | 174.55 |
| HAROLD S. TAXEL | 2100-000 | N/A | 27,750.00 | 27,750.00 | 27,750.00 |
| DEAN JOHNSON, CPA | 3410-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| ESTES & HOYT, A.P.C. | 3210-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| The Bank of New York Mellon | 2810-000 | N/A | 0.15 | 0.15 | 0.15 |
| The Bank of New York Mellon | 2810-000 | N/A | -0.15 | -0.15 | -0.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 642,869.22 | 642,869.22 | 642,294.80 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | DONNA JOHNSON, MD | 5300-000 | N/A | 2,000.00 | 2,000.00 | 0.00 |
| 3 | DAVID KAHAN MD | 5300-000 | N/A | 464.23 | 464.23 | 0.00 |
| 4 | ARTHUR JACOBSON, MD | 5300-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| 5 | PAUL BOLAND TAX COLLECTOR | 5800-000 | N/A | 2,965.03 | 2,965.03 | 2,965.03 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 7,429.26 | 7,429.26 | 4,965.03 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | DONNA JOHNSON, MD | 7100-000 | N/A | 30,864.00 | 30,864.00 | 0.00 |
| 7 | ARTHUR JACOBSON, MD | 7100-000 | N/A | 25,000.00 | 25,000.00 | 1,511.16 |
| 8 | POSITIVE AIR INC | 7100-000 | N/A | 21,480.20 | 21,480.20 | 1,298.40 |
| 9 | FIRST NATIONAL BANK | 7100-000 | N/A | 68,349.12 | 68,349.12 | 4,131.46 |
| 10 | CHILDREN'S ASSOCIATED MEDICAL | 7100-000 | N/A | 1,202.52 | 1,202.52 | 72.69 |
| 11 | DANIEL MILLER, MD | 7100-000 | N/A | 4,154.00 | 4,154.00 | 0.00 |
| 12 | ERIC DAVY AIA & ASSOCIATES | 7100-000 | N/A | 57,814.18 | 57,814.18 | 3,494.66 |
| 13 | ROBERT M. BARON, MD | 7100-000 | N/A | 750.00 | 750.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| # | Creditor | Code | | Amount | Amount | Balance |
|---|---|---|---|---|---|---|
| 14 | PRICE RITE DIABETES CENTER | 7100-000 | N/A | 429.95 | 429.95 | 0.00 |
| 15 | HELIX VIEW HEALTHCARE CENTER | 7100-000 | N/A | 17,727.68 | 17,727.68 | 0.00 |
| 16 | PACIFIC BELL | 7100-000 | N/A | 7,324.96 | 7,324.96 | 0.00 |
| 17 | GENERAL MEDICAL CORPORATION | 7100-000 | N/A | 2,067.32 | 2,067.32 | 124.96 |
| 18 | PAUL M. GOLDFARB, MD | 7100-000 | N/A | 3,030.25 | 3,030.25 | 183.17 |
| 19 | JURGEN W. KOGLER, MD | 7100-000 | N/A | 1,216.00 | 1,216.00 | 73.50 |
| 20 | REGIS J. WEISS, MD | 7100-000 | N/A | 17,657.50 | 17,657.50 | 1,067.33 |
| 21 | KELLY SERVICES | 7100-000 | N/A | 1,038.01 | 1,038.01 | 62.74 |
| 22 | OLYMPUS CORP | 7100-000 | N/A | 745.34 | 745.34 | 45.05 |
| 23 | SAN DIEGO ORTHOTICS & PROSTHETICS | 7100-000 | N/A | 9,253.87 | 9,253.87 | 0.00 |
| 24 | CITICORP NORTH AMERICA INC | 7100-000 | N/A | 50,056.61 | 50,056.61 | 0.00 |
| 25 | MILES INC | 7100-000 | N/A | 1,006.90 | 1,006.90 | 60.86 |
| 26 | X-RAY MEDICAL GROUP BILLING OFFICE | 7100-000 | N/A | 745.00 | 745.00 | 45.03 |
| 27 | MARK S. SLONIM, MD | 7100-000 | N/A | 12,611.51 | 12,611.51 | 0.00 |
| 28 | CURTIN MATHESON SCIENTIFIC | 7100-000 | N/A | 2,989.32 | 2,989.32 | 180.69 |
| 29 | DIANON SYSTEMS INC. | 7100-000 | N/A | 6,684.88 | 6,684.88 | 404.08 |
| 30 | PHYSICIANS RADIOLOGH MED GROUP | 7100-000 | N/A | 1,063,153.77 | 1,063,153.77 | 64,263.86 |
| 31 | ATT COMMUNICAITONS | 7100-000 | N/A | 3,049.63 | 3,049.63 | 184.34 |
| 32 | ORTHOPEDIC MED GROUP | 7100-000 | N/A | 285.70 | 285.70 | 0.00 |
| 33 | JERI SALIT, MD | 7100-000 | N/A | 1,270.00 | 1,270.00 | 0.00 |
| 34 | ANESTHESIA SERVICE MED GROUP INC | 7100-000 | N/A | 58,841.48 | 58,841.48 | 3,556.76 |
| 35 | RESOLUTION TRUST CORPORATION | 7100-000 | N/A | 600,282.00 | 600,282.00 | 36,284.91 |
| 36 | FIRST INTERSTATE BANK | 7100-000 | N/A | 637,853.63 | 637,853.63 | 38,555.98 |
| 37 | JOHN E. BOKOSKY, MD | 7100-000 | N/A | 30,710.50 | 30,710.50 | 1,856.34 |
| 38 | COVERALL NORTH AMERICA | 7100-000 | N/A | 5,000.00 | 5,000.00 | 302.23 |
| 39 | JEAN WICKERSHAM, MD | 7100-000 | N/A | 2,606.00 | 2,606.00 | 157.52 |
| 40 | COBURN HEARING AID CENTER | 7100-000 | N/A | 4,000.00 | 4,000.00 | 241.79 |
| 41 | UCSD CYTOGENETICS LAB | 7100-000 | N/A | 3,874.00 | 3,874.00 | 234.17 |
| 42 | KENNETH STAHL, MD | 7100-000 | N/A | 148,822.00 | 148,822.00 | 0.00 |
| 43 | TOMAS LINDSTROM, MD | 7100-000 | N/A | 7,625.00 | 7,625.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 44 | INTEGRA MEDICAL CLINIC | 7100-000 | N/A | 1,584.00 | 1,584.00 | 0.00 |
| 45 | KYUNG C. KIM, MD | 7100-000 | N/A | 630.00 | 630.00 | 0.00 |
| 46 | CHRISTOPHER H GLAZENER MD | 7100-000 | N/A | 14,026.87 | 14,026.87 | 847.87 |
| 47 | MARY K. BENAVIDES, MD | 7100-000 | N/A | 2,468.54 | 2,468.54 | 0.00 |
| 48 | BRUCE M. CRABTREE, MD | 7100-000 | N/A | 3,403.86 | 3,403.86 | 205.75 |
| 49 | JOHN E. AKERS, MD | 7100-000 | N/A | 2,228.04 | 2,228.04 | 0.00 |
| 50 | TENENT HEALTHCARE CORP | 7100-000 | N/A | 1,507,800.23 | 1,507,800.23 | 91,141.16 |
| 53 | RONALD M. LEVIN, MD | 7100-000 | N/A | 799.00 | 799.00 | 0.00 |
| 54 | PAUL V. PALMER JR MD | 7100-000 | N/A | 248.11 | 248.11 | 0.00 |
| 55 | WILLIAM M. WANSA MD | 7100-000 | N/A | 1,331.71 | 1,331.71 | 0.00 |
| 56 | AMERICAN CYNAMID CO | 7100-000 | N/A | 19,137.80 | 19,137.80 | 0.00 |
| 57 | JAMES SHELTON DDS | 7100-000 | N/A | 3,136.00 | 3,136.00 | 189.56 |
| 58 | MARILYN J STRONG | 7100-000 | N/A | 59.61 | 59.61 | 3.64 |
| 59 | ATT CREDIT CORPORATION | 7100-000 | N/A | 61,648.18 | 61,648.18 | 0.00 |
| 60 | KONICA BUSINESS MACHINES USA | 7100-000 | N/A | 24,268.09 | 24,268.09 | 0.00 |
| | U.S. REGISTRY | 7100-000 | N/A | 27,550.81 | 27,550.81 | 27,550.81 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 4,581,893.68 | 4,581,893.68 | 278,332.47 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 92-09252-M7-M  **Trustee:** (007380) HAROLD S. TAXEL
**Case Name:** INLAND EAST, INC.  **Filed (f) or Converted (c):** 08/04/92 (f)
**§341(a) Meeting Date:**
**Period Ending:** 04/28/11  **Claims Bar Date:**

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | SALE OF ART WORK  (u) | 575,000.00 | 575,000.00 | | 575,000.00 | FA |
| 2 | SALE OF ARTWORK - THE FOOT SOLDIERS | 350,000.00 | 350,000.00 | | 350,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 592.30 | FA |
| 3 | Assets  Totals (Excluding unknown values) | **$925,000.00** | **$925,000.00** | | **$925,592.30** | **$0.00** |

**Major Activities Affecting Case Closing:**

CASE REOPENED TO ADMINISTER ASSETS LOCATED IN CANADA.  BAR DATE SET, FINAL DISTRIBUTIONS TO TAKE PLACE IN MAY 2010.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2009       **Current Projected Date Of Final Report (TFR):**   December 31, 2010  (Actual)

Printed: 04/28/2011 09:08 AM    V.12.54

Exhibit 9

# FORM 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 92-09252-M7-M | | Trustee: | HAROLD S. TAXEL (007380) |
|---|---|---|---|---|
| Case Name: | INLAND EAST, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****29-65 - Money Market Account |
| Taxpayer ID #: | **-***4492 | | Blanket Bond: | $800,000.00 (per case limit) |
| Period Ending: | 04/28/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/21/08 | | ESTES & HOYT | WIRE TRANSFER IN FROM ESTES & HOYT RE SALE OF ART WORK | | 514,500.00 | | 514,500.00 |
| | {1} | | 575,000.00 | 1229-000 | | | 514,500.00 |
| | | | -60,500.00 | 3991-000 | | | 514,500.00 |
| 03/25/08 | 1001 | ESTES & HOYT, APC | PER COURT ORDER, CH 7 LEGAL FEES | 3210-000 | | 339,334.78 | 175,165.22 |
| 03/31/08 | | JPMORGAN CHASE BANK, N.A. | ADJ ENTRY #15, SB $4.71 AND NOT $471.00 | 2810-000 | | -466.29 | 175,631.51 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 16.84 | | 175,648.35 |
| 03/31/08 | | JPMORGAN CHASE BANK, N.A. | FEDERAL INTEREST WITHHELD | 2810-000 | | 471.00 | 175,177.35 |
| 04/03/08 | 1002 | COOPERS & LYBRAND | PER COURT ORDER, CH 7 ACCTG FEES | 3410-000 | | 20,360.11 | 154,817.24 |
| 04/18/08 | | ESTES & HOYT | NET PROCEEDS FROM SALE OF ARTWORK | | 313,000.00 | | 467,817.24 |
| | {2} | | 350,000.00 | 1129-000 | | | 467,817.24 |
| | | | -37,000.00 | 3991-000 | | | 467,817.24 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 36.08 | | 467,853.32 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 60.79 | | 467,914.11 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 59.47 | | 467,973.58 |
| 07/03/08 | 1003 | KEVIN HOYT, ESQ. | PER COURT ORDER, CH 7 LEGAL FEES AND COSTS | | | 77,811.01 | 390,162.57 |
| | | | 75,637.00 | 3210-000 | | | 390,162.57 |
| | | | 2,174.01 | 3220-000 | | | 390,162.57 |
| 07/03/08 | 1004 | GOURLAY SPENCER WADE LLP | PER COURT ORDER, CH 7 PROFESSIONAL FEES AND COSTS Voided on 07/07/08 | 3210-000 | | 60,296.68 | 329,865.89 |
| 07/07/08 | 1004 | GOURLAY SPENCER WADE LLP | PER COURT ORDER, CH 7 PROFESSIONAL FEES AND COSTS Voided: check issued on 07/03/08 | 3210-000 | | -60,296.68 | 390,162.57 |
| 07/07/08 | 1005 | GOURLAY SPENCER WADE LLP | PER COURT ORDER, CH 7 PROFESSIONAL FEES AND COSTS, USD | | | 58,998.70 | 331,163.87 |
| | | | 51,684.68 | 3210-000 | | | 331,163.87 |
| | | | 7,314.02 | 3220-000 | | | 331,163.87 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 50.18 | | 331,214.05 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 39.38 | | 331,253.43 |
| 09/09/08 | | JPMORGAN CHASE BANK, N.A. | Backup Withholding posting | 2810-000 | | -4.71 | 331,258.14 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 43.46 | | 331,301.60 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 36.13 | | 331,337.73 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 26.05 | | 331,363.78 |
| 11/28/08 | 1006 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/28/2008 FOR CASE #92-09252-M7, BOND #016025040 | 2300-000 | | 322.83 | 331,040.95 |

Subtotals: $827,868.38    $496,827.43

{} Asset reference(s)

Printed: 04/28/2011 09:08 AM    V.12.54

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 92-09252-M7-M  
**Case Name:** INLAND EAST, INC.  
**Taxpayer ID #:** **-***4492  
**Period Ending:** 04/28/11  

**Trustee:** HAROLD S. TAXEL (007380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****29-65 - Money Market Account  
**Blanket Bond:** $800,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 23.48 | | 331,064.43 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 13.50 | | 331,077.93 |
| 02/04/09 | 1007 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2009 FOR CASE #92-09252-M7, BOND #016025040 - 11/15/08 - 11/15/09 | 2300-000 | | 520.04 | 330,557.89 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 12.59 | | 330,570.48 |
| 03/03/09 | 1008 | R. DEAN JOHNSON, CPA | PER COURT ORDER, CHAPTER 7 ACCTG FEES AND COSTS | | | 5,860.28 | 324,710.20 |
| | | | | 3410-000 | 5,572.50 | | 324,710.20 |
| | | | | 3420-000 | 287.78 | | 324,710.20 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 14.21 | | 324,724.41 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 13.24 | | 324,737.65 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 12.80 | | 324,750.45 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 14.13 | | 324,764.58 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 13.69 | | 324,778.27 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 13.69 | | 324,791.96 |
| 09/01/09 | | To Account #********2966 | TRANSFER FROM M/M TO GENERAL ACCOUNT | 9999-000 | | 42,000.00 | 282,791.96 |
| 09/01/09 | 1009 | ESTES & HOYT, A.P.C. | PER COURT ORDER, CH 7 LEGAL FEES AND COSTS<br>Voided on 09/01/09 | 3210-000 | | ! 11,837.05 | 270,954.91 |
| 09/01/09 | 1009 | ESTES & HOYT, A.P.C. | PER COURT ORDER, CH 7 LEGAL FEES AND COSTS<br>Voided: check issued on 09/01/09 | 3210-000 | | ! -11,837.05 | 282,791.96 |
| 09/01/09 | 1010 | HAROLD S. TAXEL | PER COURT ORDER, CH 7 TRUSTEE FEES<br>Voided on 09/01/09 | 2100-000 | | ! 27,750.00 | 255,041.96 |
| 09/01/09 | 1010 | HAROLD S. TAXEL | PER COURT ORDER, CH 7 TRUSTEE FEES<br>Voided: check issued on 09/01/09 | 2100-000 | | ! -27,750.00 | 282,791.96 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 11.53 | | 282,803.49 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 11.53 | | 282,815.02 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 11.92 | | 282,826.94 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 11.92 | | 282,838.86 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 11.15 | | 282,850.01 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.77 | | 282,860.78 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 12.69 | | 282,873.47 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 7.30 | | 282,880.77 |
| 04/20/10 | | Wire out to BNYM account | Wire out to BNYM account 9200******2965 | 9999-000 | -282,880.77 | | 0.00 |

Subtotals : $-282,660.63   $48,380.32

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 04/28/2011 09:08 AM     V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 92-09252-M7-M | | Trustee: | HAROLD S. TAXEL (007380) |
| --- | --- | --- | --- | --- |
| Case Name: | INLAND EAST, INC. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****29-65 - Money Market Account |
| Taxpayer ID #: | **-***4492 | | Blanket Bond: | $800,000.00 (per case limit) |
| Period Ending: | 04/28/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | 9200******2965 | | | | | |
| | | | ACCOUNT TOTALS | | 545,207.75 | 545,207.75 | $0.00 |
| | | | Less: Bank Transfers | | -282,880.77 | 42,000.00 | |
| | | | Subtotal | | 828,088.52 | 503,207.75 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $828,088.52 | $503,207.75 | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 04/28/2011 09:08 AM     V.12.54

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 92-09252-M7-M  
**Case Name:** INLAND EAST, INC.  
**Taxpayer ID #:** **-***4492  
**Period Ending:** 04/28/11

**Trustee:** HAROLD S. TAXEL (007380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****29-66 - Checking Account  
**Blanket Bond:** $800,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/09 | | From Account #********2965 | TRANSFER FROM M/M TO GENERAL ACCOUNT | 9999-000 | 42,000.00 | | 42,000.00 |
| 09/01/09 | 101 | ESTES & HOYT, A.P.C. | PER COURT ORDER, CH 7 LEGAL FEES AND COSTS | | | 11,837.05 | 30,162.95 |
| | | | 11,662.50 | 3210-000 | | | 30,162.95 |
| | | | 174.55 | 3220-000 | | | 30,162.95 |
| 09/01/09 | 102 | HAROLD S. TAXEL | PER COURT ORDER, CH 7 TRUSTEE FEES | 2100-000 | | 27,750.00 | 2,412.95 |
| 09/01/09 | 103 | DEAN JOHNSON, CPA | PER COURT ORDER, ADDL ACCTG FEES | 3410-000 | | 1,000.00 | 1,412.95 |
| 10/20/09 | 104 | ESTES & HOYT, A.P.C. | PER COURT ORDER, CH 7 LEGAL FEES | 3210-000 | | 1,000.00 | 412.95 |
| 04/20/10 | | Wire out to BNYM account 9200******2966 | Wire out to BNYM account 9200******2966 | 9999-000 | -412.95 | | 0.00 |
| | | | ACCOUNT TOTALS | | 41,587.05 | 41,587.05 | $0.00 |
| | | | Less: Bank Transfers | | 41,587.05 | 0.00 | |
| | | | Subtotal | | 0.00 | 41,587.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $41,587.05 | |

{} Asset reference(s)

Printed: 04/28/2011 09:08 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 92-09252-M7-M  
**Case Name:** INLAND EAST, INC.  

**Taxpayer ID #:** **-***4492  
**Period Ending:** 04/28/11

**Trustee:** HAROLD S. TAXEL (007380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-65 - Money Market Account  
**Blanket Bond:** $800,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2965 | Wire in from JPMorgan Chase Bank, N.A. account ********2965 | 9999-000 | 282,880.77 | | 282,880.77 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.53 | | 282,881.30 |
| 04/30/10 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | 0.15 | 282,881.15 |
| 05/05/10 | | The Bank of New York Mellon | Backup Withholding posting | 2810-000 | | -0.15 | 282,881.30 |
| 05/07/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 3.25 | | 282,884.55 |
| 05/07/10 | | To Account #9200******2966 | TRANSFER M/M FUNDS TO GENERAL ACCOUNT | 9999-000 | | 282,884.55 | 0.00 |
| | | | ACCOUNT TOTALS | | 282,884.55 | 282,884.55 | $0.00 |
| | | | Less: Bank Transfers | | 282,880.77 | 282,884.55 | |
| | | | **Subtotal** | | **3.78** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.78** | **$0.00** | |

{} Asset reference(s)

Printed: 04/28/2011 09:08 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 92-09252-M7-M | | Trustee: | HAROLD S. TAXEL (007380) |
|---|---|---|---|---|
| Case Name: | INLAND EAST, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******29-66 - Checking Account |
| Taxpayer ID #: | **-***4492 | | Blanket Bond: | $800,000.00  (per case limit) |
| Period Ending: | 04/28/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2966 | Wire in from JPMorgan Chase Bank, N.A. account ********2966 | 9999-000 | 412.95 | | 412.95 |
| 05/07/10 | | From Account #9200******2965 | TRANSFER M/M FUNDS TO GENERAL ACCOUNT | 9999-000 | 282,884.55 | | 283,297.50 |
| 05/07/10 | 10105 | PAUL BOLAND TAX COLLECTOR | ADMIN TAX CLAIM TAX BILL 16044 93 062175<br>Stopped on 03/23/11 | 2820-000 | | 574.42 | 282,723.08 |
| 05/07/10 | 10106 | DONNA JOHNSON, MD | PRE PETITION CLAIM<br>Voided on 03/23/11 | 5300-000 | | 2,000.00 | 280,723.08 |
| 05/07/10 | 10107 | DAVID KAHAN MD | PRE PETITION CLAIM<br>Voided on 03/23/11 | 5300-000 | | 464.23 | 280,258.85 |
| 05/07/10 | 10108 | ARTHUR JACOBSON, MD | PRE PETITION CLAIM | 5300-000 | | 2,000.00 | 278,258.85 |
| 05/07/10 | 10109 | PAUL BOLAND TAX COLLECTOR | TAX BILLS 08001 92 103024 AND 05078 92 103041 | 5800-000 | | 2,965.03 | 275,293.82 |
| 05/07/10 | 10110 | DONNA JOHNSON, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 1,865.62 | 273,428.20 |
| 05/07/10 | 10111 | ARTHUR JACOBSON, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 1,511.16 | 271,917.04 |
| 05/07/10 | 10112 | POSITIVE AIR INC | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 1,298.40 | 270,618.64 |
| 05/07/10 | 10113 | FIRST NATIONAL BANK | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 4,131.46 | 266,487.18 |
| 05/07/10 | 10114 | CHILDREN'S ASSOCIATED MEDICAL | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 72.69 | 266,414.49 |
| 05/07/10 | 10115 | DANIEL MILLER, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 251.09 | 266,163.40 |
| 05/07/10 | 10116 | ERIC DAVY AIA & ASSOCIATES | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 3,494.66 | 262,668.74 |
| 05/07/10 | 10117 | ROBERT M. BARON, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 45.33 | 262,623.41 |
| 05/07/10 | 10118 | PRICE RITE DIABETES CENTER | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 25.99 | 262,597.42 |
| 05/07/10 | 10119 | HELIX VIEW HEALTHCARE CENTER | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 1,071.58 | 261,525.84 |

Subtotals :   $283,297.50   $21,771.66

{} Asset reference(s)

Printed: 04/28/2011 09:08 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 92-09252-M7-M  
**Case Name:** INLAND EAST, INC.  
**Taxpayer ID #:** **-***4492  
**Period Ending:** 04/28/11

**Trustee:** HAROLD S. TAXEL (007380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $800,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/10 | 10120 | PACIFIC BELL | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 442.77 | 261,083.07 |
| 05/07/10 | 10121 | GENERAL MEDICAL CORPORATION | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 124.96 | 260,958.11 |
| 05/07/10 | 10122 | PAUL M. GOLDFARB, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 183.17 | 260,774.94 |
| 05/07/10 | 10123 | JURGEN W. KOGLER, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 73.50 | 260,701.44 |
| 05/07/10 | 10124 | REGIS J. WEISS, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 1,067.33 | 259,634.11 |
| 05/07/10 | 10125 | KELLY SERVICES | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 62.74 | 259,571.37 |
| 05/07/10 | 10126 | OLYMPUS CORP | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 45.05 | 259,526.32 |
| 05/07/10 | 10127 | SAN DIEGO ORTHOTICS & PROSTHETICS | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped on 03/23/11 | 7100-000 | | 559.36 | 258,966.96 |
| 05/07/10 | 10128 | CITICORP NORTH AMERICA INC | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 3,025.74 | 255,941.22 |
| 05/07/10 | 10129 | MILES INC | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 60.86 | 255,880.36 |
| 05/07/10 | 10130 | X-RAY MEDICAL GROUP BILLING OFFICE | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 45.03 | 255,835.33 |
| 05/07/10 | 10131 | MARK S. SLONIM, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 762.32 | 255,073.01 |
| 05/07/10 | 10132 | CURTIN MATHESON SCIENTIFIC | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 180.69 | 254,892.32 |
| 05/07/10 | 10133 | DIANON SYSTEMS INC. | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 404.08 | 254,488.24 |
| 05/07/10 | 10134 | PHYSICIANS RADIOLOGH MED GROUP | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 64,263.86 | 190,224.38 |
| 05/07/10 | 10135 | ATT COMMUNICAITONS | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 184.34 | 190,040.04 |
| 05/07/10 | 10136 | ORTHOPEDIC MED GROUP | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 17.27 | 190,022.77 |

Subtotals : $0.00    $71,503.07

{} Asset reference(s)

Printed: 04/28/2011 09:08 AM    V.12.54

Exhibit 9

## Form 2

## Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 92-09252-M7-M  
**Case Name:** INLAND EAST, INC.  
**Taxpayer ID #:** **-***4492  
**Period Ending:** 04/28/11

**Trustee:** HAROLD S. TAXEL (007380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $800,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/10 | 10137 | JERI SALIT, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 76.77 | 189,946.00 |
| 05/07/10 | 10138 | ANESTHESIA SERVICE MED GROUP INC | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 3,556.76 | 186,389.24 |
| 05/07/10 | 10139 | RESOLUTION TRUST CORPORATION | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 36,284.91 | 150,104.33 |
| 05/07/10 | 10140 | FIRST INTERSTATE BANK | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 06/24/10 | 7100-000 | | 38,555.98 | 111,548.35 |
| 05/07/10 | 10141 | JOHN E. BOKOSKY, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 1,856.34 | 109,692.01 |
| 05/07/10 | 10142 | COVERALL NORTH AMERICA | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 302.23 | 109,389.78 |
| 05/07/10 | 10143 | JEAN WICKERSHAM, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 157.52 | 109,232.26 |
| 05/07/10 | 10144 | COBURN HEARING AID CENTER | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 241.79 | 108,990.47 |
| 05/07/10 | 10145 | UCSD CYTOGENETICS LAB | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 234.17 | 108,756.30 |
| 05/07/10 | 10146 | KENNETH STAHL, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped on 03/23/11 | 7100-000 | | 8,995.76 | 99,760.54 |
| 05/07/10 | 10147 | TOMAS LINDSTROM, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 460.90 | 99,299.64 |
| 05/07/10 | 10148 | INTEGRA MEDICAL CLINIC | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 95.75 | 99,203.89 |
| 05/07/10 | 10149 | KYUNG C. KIM, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 38.08 | 99,165.81 |
| 05/07/10 | 10150 | CHRISTOPHER H GLAZENER MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 847.87 | 98,317.94 |
| 05/07/10 | 10151 | MARY K. BENAVIDES, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 149.21 | 98,168.73 |
| 05/07/10 | 10152 | BRUCE M. CRABTREE, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 205.75 | 97,962.98 |

Subtotals :     $0.00     $92,059.79

{} Asset reference(s)

Printed: 04/28/2011 09:08 AM     V.12.54

Exhibit 9

## Form 2

Page: 9

## Cash Receipts And Disbursements Record

**Case Number:** 92-09252-M7-M  
**Case Name:** INLAND EAST, INC.  
**Taxpayer ID #:** **-***4492  
**Period Ending:** 04/28/11  

**Trustee:** HAROLD S. TAXEL (007380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $800,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/10 | 10153 | JOHN E. AKERS, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped on 03/23/11 | 7100-000 | | 134.68 | 97,828.30 |
| 05/07/10 | 10154 | TENENT HEALTHCARE CORP | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT - ALVARADO HOSPITAL MED CENTER | 7100-000 | | 91,141.16 | 6,687.14 |
| 05/07/10 | 10155 | RONALD M. LEVIN, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 48.30 | 6,638.84 |
| 05/07/10 | 10156 | PAUL V. PALMER JR MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 15.00 | 6,623.84 |
| 05/07/10 | 10157 | WILLIAM M. WANSA MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 80.50 | 6,543.34 |
| 05/07/10 | 10158 | AMERICAN CYNAMID CO | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped on 03/23/11 | 7100-000 | | 1,156.81 | 5,386.53 |
| 05/07/10 | 10159 | JAMES SHELTON DDS | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 189.56 | 5,196.97 |
| 05/07/10 | 10160 | MARILYN J STRONG | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT | 7100-000 | | 3.64 | 5,193.33 |
| 05/07/10 | 10161 | ATT CREDIT CORPORATION | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided on 03/23/11 | 7100-000 | | 3,726.41 | 1,466.92 |
| 05/07/10 | 10162 | KONICA BUSINESS MACHINES USA | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped on 03/23/11 | 7100-000 | | 1,466.92 | 0.00 |
| 06/24/10 | 10140 | FIRST INTERSTATE BANK | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -38,555.98 | 38,555.98 |
| 06/24/10 | 10163 | FDIC AS RECEIVER FOR FIRST INTERSTATE BANK | CCHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped on 07/08/10 | 7100-000 | | 38,555.98 | 0.00 |
| 07/08/10 | 10163 | FDIC AS RECEIVER FOR FIRST INTERSTATE BANK | CCHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped: check issued on 06/24/10 | 7100-000 | | -38,555.98 | 38,555.98 |
| 10/04/10 | 10164 | WELLS FARGO BANK, NATIONAL ASSOCIATION | CHAPTER 7 UNSECURED PRE-PETITION CLAIM #39 FILED BY FIRST INTERSTATE | 7100-000 | | 38,555.98 | 0.00 |

Subtotals : $0.00　　$97,962.98

{} Asset reference(s)　　Printed: 04/28/2011 09:08 AM　　V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 10

**Case Number:** 92-09252-M7-M
**Case Name:** INLAND EAST, INC.

**Taxpayer ID #:** **-***4492
**Period Ending:** 04/28/11

**Trustee:** HAROLD S. TAXEL (007380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******29-66 - Checking Account
**Blanket Bond:** $800,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BANK; PRORATA PAYMENT | | | | |
| 03/23/11 | 10105 | PAUL BOLAND TAX COLLECTOR | ADMIN TAX CLAIM TAX BILL 16044 93 062175<br>Stopped: check issued on 05/07/10 | 2820-000 | | -574.42 | 574.42 |
| 03/23/11 | 10106 | DONNA JOHNSON, MD | PRE PETITION CLAIM<br>Voided: check issued on 05/07/10 | 5300-000 | | -2,000.00 | 2,574.42 |
| 03/23/11 | 10107 | DAVID KAHAN MD | PRE PETITION CLAIM<br>Voided: check issued on 05/07/10 | 5300-000 | | -464.23 | 3,038.65 |
| 03/23/11 | 10110 | DONNA JOHNSON, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -1,865.62 | 4,904.27 |
| 03/23/11 | 10115 | DANIEL MILLER, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -251.09 | 5,155.36 |
| 03/23/11 | 10117 | ROBERT M. BARON, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -45.33 | 5,200.69 |
| 03/23/11 | 10118 | PRICE RITE DIABETES CENTER | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -25.99 | 5,226.68 |
| 03/23/11 | 10119 | HELIX VIEW HEALTHCARE CENTER | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -1,071.58 | 6,298.26 |
| 03/23/11 | 10120 | PACIFIC BELL | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -442.77 | 6,741.03 |
| 03/23/11 | 10127 | SAN DIEGO ORTHOTICS & PROSTHETICS | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped: check issued on 05/07/10 | 7100-000 | | -559.36 | 7,300.39 |
| 03/23/11 | 10128 | CITICORP NORTH AMERICA INC | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -3,025.74 | 10,326.13 |
| 03/23/11 | 10131 | MARK S. SLONIM, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -762.32 | 11,088.45 |
| 03/23/11 | 10136 | ORTHOPEDIC MED GROUP | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -17.27 | 11,105.72 |
| 03/23/11 | 10137 | JERI SALIT, MD | CHAPTER 7 UNSECURED PRE-PETITION | 7100-000 | | -76.77 | 11,182.49 |

Subtotals : $0.00 $-11,182.49

{} Asset reference(s)   Printed: 04/28/2011 09:08 AM   V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 11

**Case Number:** 92-09252-M7-M  
**Case Name:** INLAND EAST, INC.  
**Taxpayer ID #:** **-***4492  
**Period Ending:** 04/28/11

**Trustee:** HAROLD S. TAXEL (007380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******29-66 - Checking Account  
**Blanket Bond:** $800,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | | | | |
| 03/23/11 | 10146 | KENNETH STAHL, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped: check issued on 05/07/10 | 7100-000 | | -8,995.76 | 20,178.25 |
| 03/23/11 | 10147 | TOMAS LINDSTROM, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -460.90 | 20,639.15 |
| 03/23/11 | 10148 | INTEGRA MEDICAL CLINIC | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -95.75 | 20,734.90 |
| 03/23/11 | 10149 | KYUNG C. KIM, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -38.08 | 20,772.98 |
| 03/23/11 | 10151 | MARY K. BENAVIDES, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -149.21 | 20,922.19 |
| 03/23/11 | 10153 | JOHN E. AKERS, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped: check issued on 05/07/10 | 7100-000 | | -134.68 | 21,056.87 |
| 03/23/11 | 10155 | RONALD M. LEVIN, MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -48.30 | 21,105.17 |
| 03/23/11 | 10156 | PAUL V. PALMER JR MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -15.00 | 21,120.17 |
| 03/23/11 | 10157 | WILLIAM M. WANSA MD | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -80.50 | 21,200.67 |
| 03/23/11 | 10158 | AMERICAN CYNAMID CO | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped: check issued on 05/07/10 | 7100-000 | | -1,156.81 | 22,357.48 |
| 03/23/11 | 10161 | ATT CREDIT CORPORATION | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Voided: check issued on 05/07/10 | 7100-000 | | -3,726.41 | 26,083.89 |
| 03/23/11 | 10162 | KONICA BUSINESS MACHINES USA | CHAPTER 7 UNSECURED PRE-PETITION CLAIM; PRORATA PAYMENT<br>Stopped: check issued on 05/07/10 | 7100-000 | | -1,466.92 | 27,550.81 |
| 03/28/11 | | U.S. REGISTRY | UNCLAIMED FUNDS IN INLAND EAST, INC. | 7100-000 | | 27,550.81 | 0.00 |

Subtotals :   $0.00   $11,182.49

{} Asset reference(s)

Printed: 04/28/2011 09:08 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 12

**Case Number:** 92-09252-M7-M
**Case Name:** INLAND EAST, INC.

**Taxpayer ID #:** **-***4492
**Period Ending:** 04/28/11

**Trustee:** HAROLD S. TAXEL (007380)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******29-66 - Checking Account
**Blanket Bond:** $800,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 92-09252-M7 | | | | |
| | | | **ACCOUNT TOTALS** | | 283,297.50 | 283,297.50 | $0.00 |
| | | | Less: Bank Transfers | | 283,297.50 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 283,297.50 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $283,297.50 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****29-65 | 828,088.52 | 503,207.75 | 0.00 |
| Checking # ***-*****29-66 | 0.00 | 41,587.05 | 0.00 |
| MMA # 9200-******29-65 | 3.78 | 0.00 | 0.00 |
| Checking # 9200-******29-66 | 0.00 | 283,297.50 | 0.00 |
| | $828,092.30 | $828,092.30 | $0.00 |

{} Asset reference(s)

Printed: 04/28/2011 09:08 AM    V.12.54